NEW YORK,
October, 1816.

ANNIN
v.
CHASE.

ANNIN *against* CHASE.

Where an adjournment has been granted in a justice's court, and a day for trial agreed on by the parties, one of them is not thereby concluded, on showing sufficient cause, from asking for a second adjournment.

IN ERROR, on *certiorari* to a justice's court.

After issue was joined in the court below, the defendant in error, who was the plaintiff below, applied for an adjournment, which was granted, and a day fixed on by the parties. On the adjourned day, the defendant below applied for a farther adjournment, and offered to swear that he had material witnesses absent; that he had subpœnaed them, and used due diligence, and expected to procure them, &c. But the justice decided, that as the parties had mutually agreed upon a day for trial, they were now concluded; and refused, on that ground, to grant a further adjournment. Judgment was given in the court below for the defendant in error.

*Per Curiam.* Injustice has been done. According to the cases of *Easton* v. *Coe*, (2 *Johns. Rep.* 383.,) and *Powers* v. *Lockwood*, (9 *Johns. Rep.* 133.,) the justice should not have refused a second adjournment, on the ground assumed by him, no question being made as to security.

Judgment reversed.